**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6847

DOUGLAS A. JARVIS,

Petitioner - Appellant,

versus

PATRICIA R. STANSBERRY,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:06-cv-00444-RAJ)

Submitted: July 16, 2007          Decided: August 2, 2007

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas Alan Jarvis, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Alan Jarvis seeks to appeal from the district court's order construing his 28 U.S.C. § 2241 (2000) petition as a 28 U.S.C. § 2255 (2000) motion and transferring it to the District Court for the Southern District of Florida. We have reviewed the record and the district court's order and find no reversible error. Accordingly, although we grant Jarvis' motion for leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Jarvis v. Adams, No. 2:06-cv-00444-RAJ (E.D. Va. filed May 7, 2007; entered May 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED